

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2022

www.mizrahikroub.com

March 3, 2022

The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Tavarez v. Bella + Canvas, LLC*; 1:21-cv-09877-ALC-SDA

Dear Judge Aaron:

      We represent plaintiff Victoriano Tavarez ("Plaintiff") in the above-referenced action. We submit this letter requesting an adjournment of the initial conference set for March 9, 2022, at 11:00 a.m. Plaintiff's counsel will be out of the office and will not be able to participate in the conference that day. This is Plaintiff's first request to adjourn and Defendant consents to this request.

      Thank you for your consideration in this matter.

                                    Respectfully submitted,

                                    */s/ Joseph H. Mizrahi*
                                    JOSEPH H. MIZRAHI

cc:    All Counsel of Record (via ECF)

Application GRANTED. The Initial Pretrial Conference scheduled for March 9, 2022 is adjourned until March 15, 2022 at 11:30 a.m. At the scheduled time, the parties shall each separately call (888) 278- 0296 (or (214) 765-0479) and enter access code 6489745. The parties are reminded that, as set forth in the Court's prior Order (ECF No. 12), they must submit a proposed case management plan at least one week prior to the conference. SO ORDERED.
Dated: March 3, 2022