```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Victoriano Tavarez, individually, and on behalf of all others similarly situated,**<br><br>                              Plaintiff,<br><br>       -against-<br><br>**Bella + Canvas, LLC,**<br><br>                              Defendant. | 1:21-cv-09877 (ALC) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

In accordance with the Case Management Plan entered on March 15, 2021 (ECF No. 19), the parties were to file a joint letter regarding the status of discovery on May 31, 2022. As of the date of this Order, despite the Court's email reminder, the parties have failed to file such letter. The parties shall do so no later than Friday, June 10, 2022. The parties are warned that failure to comply with Court Orders may result in the imposition of sanctions.

**SO ORDERED.**

DATED:        New York, New York
              June 6, 2022

_____
STEWART D. AARON
United States Magistrate Judge