```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/29/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**VICTORIANO TAVAREZ,**

                 **Plaintiff,**

    -against-                             **21-cv-09877 (ALC)**

                                            **ORDER OF DISCONTINUANCE**

**BELLA + CANVAS, LLC.,**

                 **Defendant.**

---

**ANDREW L. CARTER, JR., United States District Judge:**

       It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    August 29, 2022
              New York, New York

                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**